District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENYS BABASIUK,<br><br>    Plaintiff,<br><br>v.<br><br>UR MENDOZA JADDOU, *et al.*,<br><br>    Defendants. | No. 2:24-cv-843-RSM<br><br>STIPULATED MOTION TO EXTEND DEADLINE AND ORDER<br><br>Noted for Consideration:<br>August 9, 2024 |

    Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1) and 10(g), hereby jointly stipulate and move to extend Defendants' deadline to respond to the complaint to October 18, 2024.  Plaintiff brought this litigation pursuant to the Mandamus Act and the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal.  Defendants' current deadline to respond to the complaint is August 19, 2024.  There have been no prior extension requests for this deadline.

    A court may modify a deadline for good cause.  Fed. R. Civ. P. 6(b).  Continuing pretrial and trial dates is within the discretion of the trial judge.  *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

STIPULATED MOTION AND ORDER
2:24-cv-843-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties submit there is good cause for an extension of the deadline. Prior to the adjudication of Plaintiff's Form I-589, he must attend an asylum interview. U.S. Citizenship and Immigration Services' ("USCIS") Asylum Office is waiting for the file for Plaintiff's dependent to arrive before it can schedule Plaintiff's asylum interview. USCIS anticipates that 60 days will provide enough time for the Asylum Office to receive the file and schedule the interview. Once the interview is scheduled, the parties will be able to discuss how to move forward with this litigation.

Accordingly, the parties jointly stipulate and request that the Court extend Defendants' time to respond to the complaint to October 18, 2024.

Dated: June 17, 2024          Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington  98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorney for Defendants*

**I certify that this memorandum contains 250 words, in compliance with the Local Civil Rules.**

*s/*
DENYS BABASIUK
2418 103rd Drive SE
Lake Stevens, Washington 98258
Phone: 929-228-8709
Email: denbabasiuk@gmail.com
*Pro Se Plaintiff*

STIPULATED MOTION AND ORDER
2:24-cv-843-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

Defendants' deadline to respond to the complaint is extended to October 18, 2024. It is SO ORDERED.

DATED this 13th day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
2:24-cv-843-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970