District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENYS BABASIUK,

           Plaintiff,

v.

UR MENDOZA JADDOU, *et al.*,

           Defendants.

Case No. 2:24-cv-00843-RSM

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER

Noted for Consideration:
August 29, 2024

Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1) and 10(g), hereby jointly stipulate and move to hold this case in abeyance through February 6, 2025. Pro Se Plaintiff brought this litigation pursuant to the Mandamus Act and the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. Defendants' current deadline to respond to the complaint is October 18, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until February 6, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-00843-RSM] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention.  USCIS has scheduled Plaintiff's asylum interview for October 9, 2024.  USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication.  If the adjudication is not completed within that time, USCIS will provide a status report to the Court.  Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date.  Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed.  If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed.  After the interview, USCIS will need time to adjudicate Plaintiff's asylum application.  Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process his asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until February 6, 2025.  The parties will submit a joint status report on or before February 6, 2025.

//

//

//

//

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-00843-RSM] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 29th day of August, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Fax:    (253) 428-3826
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

**I certify that this memorandum contains 414 words, in compliance with the Local Civil Rules.**

*s/*
DENYS BABASIUK
2418 103rd Drive SE
Lake Stevens, Washington 98258
Phone: 929-228-8709
Email: denbabasiuk@gmail.com
*Pro Se Plaintiff*

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-00843-RSM] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until February 6, 2025. The parties shall submit a joint status report on or before February 6, 2025. It is so **ORDERED.**

DATED this 3rd day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-00843-RSM] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify that on today's date, I arranged for service of the foregoing on the following non-CM/ECF participant, via Certified Mail with return receipt, postage prepaid, addressed as follows:

Denys Babasiuk, *Pro Se Plaintiff*
2418 103rd Drive SE
Lake Stevens, WA 98258

DATED this 29th day of August, 2024.

*s/ Stephanie Huerta-Ramirez*
STEPHANIE HUERTA-RAMIREZ, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-7970
Fax:    (206) 553-4073
Email:  Stephanie.Huerta-Ramirez@usdoj.gov

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-00843-RSM] - 5

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800